IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY BAKER | : | CIVIL ACTION |
| | : | NO. 09-03731 |
| v. | : | |
| | : | |
| HOME DEPOT #4101, et al. | : | |

ORDER

AND NOW, this 29th day of October 2009, in consideration of plaintiff's motion to remand and defendants' response thereto it is hereby ORDERED that:

1. Plaintiff's motion for costs is DENIED;

2. Plaintiff's motion to remand this case is GRANTED and this case is REMANDED to the Court of Common Pleas for Philadelphia County;

3. The Clerk of Court shall mark this case CLOSED statistically.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.